0058-1L-EPICXX-00764420-1257208

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
       LAURA M. SHANNON
           DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 026
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

| | |
|---|---|
| RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Account No.: 2386<br>AMOUNT: 1,219.51<br>Classified as: Unsecured |

    **INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

    NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

    *A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 05/22/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                                s/ Erin M. McCartney
                                Erin M. McCartney

RESURGENT CAPITAL SVCS
PO BOX 10587
GREENVILLE, SC 29603-0587

0058-1L-EPICXX-00764424-1257206

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
LAURA M. SHANNON
DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 006
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 7042

RESURGENT CAPITAL SVCS
PO BOX 10587
GREENVILLE, SC 29603-0587

AMOUNT: 1,122.52
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 05/22/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

RESURGENT CAPITAL SVCS
PO BOX 10587
GREENVILLE, SC 29603-0587

0058-1L-EPICXX-00764422-1257210

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
LAURA M. SHANNON
DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 017
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 1291

SNAP ON CREDIT LLC
ATTN: BANKRUPTCY
950 TECHNOLOGY WAY STE 301
LIBERTYVILLE, IL 60048

AMOUNT: 6,780.35
Classified as: Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 05/22/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

SNAP ON CREDIT LLC
ATTN: BANKRUPTCY
950 TECHNOLOGY WAY STE 301
LIBERTYVILLE, IL 60048

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
LAURA M. SHANNON
DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 025
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 9249/9262

INTERNAL REVENUE SERVICE
INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

AMOUNT: 9,310.95
Classified as: Priority

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 05/22/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

INTERNAL REVENUE SERVICE
INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346