# United States Bankruptcy Court

For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
LAURA M. SHANNON
DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 027
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

| | |
|---|---|
| | Account No.: 4368 |
| REVCO SOLUTIONS INC | AMOUNT: 2,525.34 |
| 9339 PRIORITY WAY WEST DR #120 | Classified as: Unsecured |
| INDIANAPOLIS, IN 46240 | |

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 06/05/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

REVCO SOLUTIONS INC
9339 PRIORITY WAY WEST DR #120
INDIANAPOLIS, IN 46240

0058-1L-EPICXX-00765790-1259576

# United States Bankruptcy Court
For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
LAURA M. SHANNON
DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 002
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 9931

CAPITAL ONE
PO BOX 85520
RICHMOND, VA 23285

AMOUNT: 628.38
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 06/05/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

CAPITAL ONE
PO BOX 85520
RICHMOND, VA 23285

0058-1L-EPICXX-00765788-1259574

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
LAURA M. SHANNON
DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 014
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

| | |
|---|---|
| | Account No.: 7354 |
| PERFORMANCE FINANCE | AMOUNT: 18,369.56 |
| 10509 PROFESSIONAL CIRCLE, STE 100 | |
| RENO, NV 89521 | Classified as: Secured |

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 06/05/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

PERFORMANCE FINANCE
10509 PROFESSIONAL CIRCLE, STE 100
RENO, NV 89521

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
       LAURA M. SHANNON
            DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 010
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 6124

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE, SC 29603-0368

AMOUNT: 1,931.23
Classified as: Unsecured

    **INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

    NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

    *A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 06/05/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                                          s/ Erin M. McCartney
                                          Erin M. McCartney

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE, SC 29603-0368