0058-1L-EPICXX-00770928-1268188

# United States Bankruptcy Court
For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.  
LAURA M. SHANNON  
DEBTOR(S)

CASE NUMBER 24-40384  
CLAIM NUMBER 013  
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 01-1613(20-21)

NEBRASKA DEPT OF REVENUE  
PO BOX 94818  
LINCOLN, NE 68509-4818

AMOUNT: 22,561.09  
Classified as: Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 08/21/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney  
Erin M. McCartney

NEBRASKA DEPT OF REVENUE  
PO BOX 94818  
LINCOLN, NE 68509-4818

0058-1L-EPICXX-00770930-1268186

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
LAURA M. SHANNON
DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 013
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

| | |
|---|---|
| | Account No.: 01-1613(20-21) |
| NEBRASKA DEPT OF REVENUE | AMOUNT: 5,988.17 |
| PO BOX 94818 | |
| LINCOLN, NE 68509-4818 | Classified as: Unsecured |

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 08/21/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

NEBRASKA DEPT OF REVENUE
PO BOX 94818
LINCOLN, NE 68509-4818

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: WILLIE LANE SHANNON, JR.
LAURA M. SHANNON
DEBTOR(S)

CASE NUMBER 24-40384
CLAIM NUMBER 013
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 01-1613(20-21)

NEBRASKA DEPT OF REVENUE
PO BOX 94818
LINCOLN, NE 68509-4818

AMOUNT: 45,077.05
Classified as: Priority

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 08/21/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

NEBRASKA DEPT OF REVENUE
PO BOX 94818
LINCOLN, NE 68509-4818