# United States Bankruptcy Court
For The
District of Nebraska

**IN RE:**  
WILLIE LANE SHANNON, JR.  
7548 WHITLOCK PLACE  
LINCOLN, NE 68516-5786

LAURA M. SHANNON  
7548 WHITLOCK PLACE  
LINCOLN, NE 68516-5786

CASE No. 24-40384  
SS #1 XXX-XX-9262  
SS #2 XXX-XX-9249

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | AFFIRM, INC / 650 CALIFORNIA ST., FLOOR 12<br>SAN FRANCISCO, CA 94108-2716 | None | | Not Filed |
| 002 | CAPITAL ONE BANK (USA), NA / BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE / OKLAHOMA CITY, OK 73118 | 628.38 | | Unsecured |
| 003 | COLIN NABITY / 2111 AVENUE B<br>KEARNEY, NE 68847 | None | | Not Filed |
| 004 | COLLIN A PREECE / ATTORNEY AT LAW<br>5804 1ST AVE / KEARNEY, NE 68848 | None | | Not Filed |
| 005 | CREDIT MANAGEMENT / 105 N WHEELER<br>PO BOX 1512 / GRAND ISLAND, NE 68802 | None | | Not Filed |
| 006 | RESURGENT CAPITAL SVCS / PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 1,122.52 | | Unsecured |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 1,293.45 | | Unsecured |
| 008 | JOSEPH CISKEY / 6121 W 15TH ST<br>GREELEY, CO 80634 | None | | Not Filed |
| 009 | LVNV FUNDING INC / C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 10497 / GREENVILLE, SC 29603 | None | | Not Filed |
| 010 | MERRICK BANK / RESURGENT CAPITAL SERVICES<br>PO BOX 10368 / GREENVILLE, SC 29603-0368 | 1,931.23 | | Unsecured |
| 011 | MIDLANDS CREDIT MANAGEMENT INC / PO BOX 939018<br>SAN DIEGO, CA 92193-9018 | None | | Not Filed |
| 012 | MOHELA / 633 SPIRIT DR<br>CHESTERFIELD, MO 63005 | None | | Not Filed |
| 013 | NEBRASKA DEPT OF REVENUE / PO BOX 94818<br>LINCOLN, NE 68509-4818 | 22,561.09 | | Secured |
| 013 | NEBRASKA DEPT OF REVENUE / PO BOX 94818<br>LINCOLN, NE 68509-4818 | 45,077.05 | | Priority |
| 013 | NEBRASKA DEPT OF REVENUE / PO BOX 94818<br>LINCOLN, NE 68509-4818 | 5,988.17 | | Unsecured |

# United States Bankruptcy Court
For The
District of Nebraska

IN RE:  
WILLIE LANE SHANNON, JR.  
7548 WHITLOCK PLACE  
LINCOLN, NE 68516-5786  

LAURA M. SHANNON  
7548 WHITLOCK PLACE  
LINCOLN, NE 68516-5786  

CASE No. 24-40384  
SS #1 XXX-XX-9262  
SS #2 XXX-XX-9249  

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 014 | PERFORMANCE FINANCE / 10509 PROFESSIONAL CIRCLE, STE 100 RENO, NV 89521 | 18,369.56 | 9.5000% | Secured |
| 015 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067 NORFOLK, VA 23541 | 447.76 | | Unsecured |
| 016 | RECEIVABLE MANAGEMENT / 240 EMERY ST BETHLEHEM, PA 18015 | None | | Not Filed |
| 017 | SNAP ON CREDIT LLC / ATTN: BANKRUPTCY 950 TECHNOLOGY WAY STE 301 / LIBERTYVILLE, IL 60048 | 6,780.35 | 9.5000% | Secured |
| 018 | TRIDENTAM / 10375 OLD ALABAMA ROAD CO ALPHARETTA, GA 30022 | None | | Not Filed |
| 019 | TRIUS FEDERAL CREDIT UNION / 2915 2ND AVE KEARNEY, NE 68847 | 7,132.93 | 9.5000% | Secured |
| 020 | TRIUS FEDERAL CREDIT UNION / 2915 2ND AVE KEARNEY, NE 68847 | None | | Not Filed |
| 021 | TRIUS FEDERAL CREDIT UNION / 2915 2ND AVE KEARNEY, NE 68847 | 1,604.43 | | Unsecured |
| 022 | UNITED REVENUE CORP / 204 BILLINGS ST #120 ARLINGTON, TX 76010-2495 | None | | Not Filed |
| 023 | VANCE & HUFFMAN / 55 MONETTE PKWY SMITHFIELD, VA 23430 | None | | Not Filed |
| 024 | WELLS FARGO BANK NA / PO BOX 10438 MAC F8235-02F / DES MOINES, IA 50306-0438 | 726.06 | | Secured |
| 024 | WELLS FARGO BANK NA / PO BOX 10438 MAC F8235-02F / DES MOINES, IA 50306-0438 | 1,246.96 | | Unsecured |
| 025 | INTERNAL REVENUE SERVICE / INSOLVENCY PO BOX 7346 / PHILADELPHIA, PA 19101-7346 | 9,310.95 | | Priority |
| 026 | RESURGENT CAPITAL SVCS / PO BOX 10587 GREENVILLE, SC 29603-0587 | 1,219.51 | | Unsecured |
| 027 | REVCO SOLUTIONS INC / 9339 PRIORITY WAY WEST DR #120 INDIANAPOLIS, IN 46240 | 2,525.34 | | Unsecured |

0058-1L-EPIBXX-00772408-1269812

# United States Bankruptcy Court
For The
District of Nebraska

IN RE:

WILLIE LANE SHANNON, JR.  
7548 WHITLOCK PLACE  
LINCOLN, NE 68516-5786

LAURA M. SHANNON  
7548 WHITLOCK PLACE  
LINCOLN, NE 68516-5786

CASE No. 24-40384

SS #1 XXX-XX-9262  
SS #2 XXX-XX-9249

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 028 | TRIUS FEDERAL CREDIT UNION / 2915 2ND AVE<br>KEARNEY, NE 68847 | 3,456.72 | | Unsecured |
| 029 | TRIUS FEDERAL CREDIT UNION / 2915 2ND AVE<br>KEARNEY, NE 68847 | 1,121.58 | | Unsecured |
| 030 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 2,328.99 | | Unsecured |
| 031 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 1,627.42 | | Unsecured |
| 032 | MIDLAND CREDIT MANAGEMENT, INC. / PO BOX 2037<br>WARREN, MI 48090 | 388.01 | | Unsecured |
| 033 | MIDLAND CREDIT MANAGEMENT, INC. / PO BOX 2037<br>WARREN, MI 48090 | 1,328.50 | | Unsecured |
| 034 | MIDLAND CREDIT MANAGEMENT, INC. / PO BOX 2037<br>WARREN, MI 48090 | 413.40 | | Unsecured |
| 035 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 667.40 | | Unsecured |
| 036 | QUANTUM3 GROUP LLC / PO BOX 788<br>KIRKLAND, WA 98083-0788 | 2,467.21 | | Unsecured |
| 037 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541 | 590.72 | | Unsecured |

# United States Bankruptcy Court
For The
District of Nebraska

IN RE:  
WILLIE LANE SHANNON, JR.  
7548 WHITLOCK PLACE  
LINCOLN, NE 68516-5786  

LAURA M. SHANNON  
7548 WHITLOCK PLACE  
LINCOLN, NE 68516-5786  

CASE No. 24-40384  
SS #1 XXX-XX-9262  
SS #2 XXX-XX-9249  

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 038 | HUNTINGTON NATIONAL MGMT LLC / PO BOX 1158 HAMBURG, NY 14075-1158 | 497.14 | | Unsecured |

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted below the principal amount of the claim. Oversecured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of it.

CHRISTOPHER J GAMM  
11550 WEST DODGE ROAD  
OMAHA, NE 68154  

Claims Paid Through Plan    142,852.83  
Claims Paid Direct    0.00  
Total For This Case    142,852.83  

4,640.00    Debtor's Attorney

## NOTICE CONCERNING CLAIMS

At    OMAHA    NE    on    08/21/2024

Pursuant to 11 U.S.C. 502 (a) and Nebraska Rule of Bankruptcy Procedure 3007-1(C)(1), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor(s) or other party in interest.

Within thirty (30) days from the date of this notice, debtor(s) shall examine the proofs of claim and file a timely written objection to any claim which may be improper. The absence of a written objection will be deemed an approval by the debtor(s) of the claims as recited above.

The Trustee hereby certifies that a true and correct copy of the Trustee's Notice Concerning Claims was served on the debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed by first class, U.S. Mail, postage prepaid to the Debtor(s) at the address listed above.

Erin M. McCartney  
Chapter 13 Trustee