IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 24-40384 |
| | ) |
| WILLIE LANE SHANNON, JR. | ) CHAPTER 13 |
| SSN: ###-##-9262 | ) |
| LAURA M. SHANNON | ) |
| SSN: ###-##-9249 | ) |
| | ) |
| **Debtors.** | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN (Doc 63)

COMES NOW, ERIN M. MCCARTNEY, Chapter 13 Trustee, and objects to confirmation of the plan pursuant to 11 U.S.C. § 1324 and Neb. R. Bankr. P. 3015-3(B) for the following reason(s):

1. It appears the calculation of the payment schedule in Part 1 of the amended plan does not equal the Total Base Amount listed.  (More specifically, $3,650.00 for 24 months does not equal $84,000.00, and consequently, the total base amount of $133,200.00 also appears inaccurate.) Clarification will be necessary.

2. Part 11 of the amended plan includes a provision that appears to constitute argument, evidence, or legal conclusions more properly offered in support of the objection to claims.

WHEREFORE, Trustee prays that the Trustee's Objection to Confirmation be sustained.

DATED: December 24, 2024

        s/ Erin M. McCartney
        Erin M. McCartney #23663
        Chapter 13 Trustee
        13930 Gold Circle, Suite #201
        Omaha, NE 68144
        (402) 697-0437
        1-800-884-0437

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Objection was served on CHRISTOPHER J GAMM, debtors attorney, via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on December 24, 2024, by first-class, U.S. mail, postage prepaid to the Debtors at the addresses listed below:

WILLIE LANE SHANNON, JR.        LAURA M. SHANNON
7548 WHITLOCK PLACE            7548 WHITLOCK PLACE
LINCOLN, NE 68516-5786          LINCOLN, NE 68516-5786

        s/ Erin M. McCartney
        Erin M. McCartney