IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 24-40384 |
| | ) |
| **WILLIE LANE SHANNON, JR.** | ) CHAPTER 13 |
| SSN: ###-##-9262 | ) |
| **LAURA M. SHANNON** | ) |
| SSN: ###-##-9249 | ) |
| | ) |
| **Debtors.** | |

## TRUSTEE'S NOTICE OF AMENDED PLAN

TO:    WILLIE LANE SHANNON, JR.        LAURA M. SHANNON

Erin M. McCartney, Chapter 13 Trustee, has received an amended Chapter 13 plan dated **01/16/2025** for your case.

**The amended plan requires the Debtor to make payments to the Trustee in the amount of $1,200.00 per month. Beginning 05/2026 payments are $2,000.00 per month. Beginning 05/2027 payments are $3,200.00 per month.**

**The Debtor's next payment is due January 2025. 2 employer deductions are in place.**

Payments must be made on or before the due date or the Trustee may move to dismiss the case.

The Bankruptcy Court will send an Order which requires the debtor or debtor's employer to make the payments set forth in the amended plan.

        DATED: January 17, 2025

        s/ Erin M. McCartney
        Erin M. McCartney #23663
        Chapter 13 Trustee
        13930 Gold Circle, Suite #201
        Omaha, NE 68144
        (402) 697-0437
        1-800-884-0437

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Notice was served on CHRISTOPHER J GAMM, debtors attorney, via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on January 17, 2025, by first-class, U.S. mail, postage prepaid to the Debtors at the addresses listed below:

WILLIE LANE SHANNON, JR.        LAURA M. SHANNON
7548 WHITLOCK PLACE           7548 WHITLOCK PLACE
LINCOLN, NE 68516-5786         LINCOLN, NE 68516-5786

        s/ Erin M. McCartney
        Erin M. McCartney

CHRISTOPHER J GAMM
Attorney at Law
11550 WEST DODGE ROAD
OMAHA, NE 68154